# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

LINDA M. KLEMM
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov


August 21, 2026

RE: Petition for Name Change for Taip Lumani
(formerly known as Taip Ljumanovski)

To Whom It May Concern:

The Immigration and Nationality Act authorizes a United States district court to change the name of an applicant for citizenship at the same time that the court administers the oath of allegiance. The naturalization certificate will then show their new name.

Enclosed please find an Apostille (AO 390) dated August 21, 2026 which certifies the enclosed Petition for Name Change which grants a name change for Taip Lumani. These documents are the only official records issued by the United States District Court for name changes as part of the naturalization process.

If there is anything further that you require to recognize this name change, please make that request, in writing, to the Clerk of Court, at the address referenced above.

Very truly yours,

Linda M. Klemm, Clerk
United States District Court

By: ______________________
Michelle D. Lipsey
Deputy Clerk

AO-390

# APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America
   This public document: **Petition for Name Change for Taip Lumani**

2. has been
   signed **by Michelle D. Lipsey**

3. acting in
   the capacity **of Deputy Clerk, United States District Court**

4. bears the seal/stamp of **United States District Court for the Eastern District of Wisconsin**

CERTIFIED

5. at **Milwaukee, Wisconsin**

6. the **21st** **day August, 2026**

7. by **the Clerk of the United States District Court**

8. No. **26-MC-34 BHL**

9. Seal/Stamp




10. Signature:

Linda M. Klemm
Clerk, United States District Court

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services

# Petition for Name Change

______________________________

(NAME OF COURT)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete lines 1 - 8 (Type or print clearly).

My full and correct name (current name):

1. TAIP ______ LJUMANOVSKI
(FIRST) (MIDDLE) (LAST)

2. Address: 3631 E Barbara Ct ## 3 Oak Creek, WI 53154
(Number/Street) (City/State) (Zip Code)

3. Country of Nationality: Macedonia

4. Date of Birth: 07/30/1974
(Month) (Day) (Complete Year)

5. Alien Registration Card (Green Card) Number: A 037 147 471

6. I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. I petition the court to change my name to:

TAIP ______ LUMANI
(FIRST) (MIDDLE) (LAST)

8. Date: 11/10/2008

Signature of Petitioner, (current name)

CERTIFICATION OF NAME CHANGE

I CERTIFY THAT THE ABOVE PETITION WAS GRANTED BY THE COURT ON APR 15 2009
(Date)

Jon W. Sanfilippo
(Clerk)

(Deputy Clerk)

CLERK'S OFFICE
A TRUE COPY
AUG 21 2026
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

IMPORTANT INFORMATION

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per Order of the Court.

Form N-XXX (11/1/98)

# U.S. District Court

## Wisconsin Eastern - Milwaukee

**THIS IS A COPY**

Receipt Date: Aug 21, 2026 8:51AM

Taip Lumani

Rcpt. No: 102755 Trans. Date: Aug 21, 2026 8:51AM Cashier ID: #LU (7233)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 210 | Issuance of an Apostille | | 1 | 50.00 | 50.00 |
| 104 | Cert of Document/Transcript of JGMT | | 1 | 12.00 | 12.00 |

| CD | Tender | Amt |
|---|---|---|
| CA | Cash | $62.00 |
| | Total Due Prior to Payment: | $62.00 |
| | Total Tendered: | $62.00 |
| | Total Cash Received: | $62.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.